UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-00735-JVS(ADSx) | Date | January 18, 2024 |
| Title | Epson America, Inc. v. Sunvalleytek International, Inc. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] Order to Show Cause re Dismissal for Lack of Prosecution**

   The Court, on its own motion, hereby **ORDERS** plaintiff to show cause in writing no later than **February 1, 2024**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

 **X**  **A notice of appearance by new counsel for defendant or plaintiff's request for entry of default**.

   It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service, stipulations extending time, and requesting remedies under Rule 55 upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

Initials of Preparer   eva